IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:09-CR-189-RJC

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) **ORDER** |
| MARVIN SUNTATE MOBLEY, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "Motion To Seal Document" (Document No. 215) filed April 22, 2020. In accordance with the Local Rules, the Court has considered the Motion to Seal, the public's interest in access to the affected materials, and alternatives to sealing. The Court determines that no less restrictive means other than sealing is sufficient inasmuch as Defendant's Response To Government's Motion For A Reduction Of Sentence Pursuant To Rule 35(b) contains sensitive and private information that is inappropriate for public access. Having carefully considered the motion and the record, and for good cause, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Defendant's "Motion To Seal Document" (Document No. 215) is **GRANTED**, and Defendant's Response To Government's Motion For A Reduction Of Sentence Pursuant To Rule 35(b) (Document No. 214) is sealed until further Order of this Court.

Signed: April 23, 2020

David C. Keesler
United States Magistrate Judge